IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )           8:04CR43
                             )
     v.                      )
                             )
CORNELL KELLOGG,             )           ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue hearing on the Rule 35 motion (Filing No. 41). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; hearing on the Rule 35 motion is rescheduled for:

**Thursday, August 4, 2005, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. Defendant need not be present.

DATED this 22nd day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court